IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ROSTERMUNDT, | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-4087-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is reversed and this matter is remanded for payment of benefits from July 1, 2000, to March 26, 2004.

IT IS FURTHER ORDERED

The Commissioner's decision is reversed and this matter is remanded for further proceedings to determine whether Plaintiff's entitlement to benefits continued beyond March 26, 2004.

Dated: July 22, 2005            PRIDGEN J. WATKINS
                                Clerk

                                s/ des
                                (By) Deputy Clerk

66 / 29